UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 10-22243-CIV-GRAHAM/WHITE

PHILLIP G. BAGLEY,

    Plaintiff,

vs.

JOHN WILLIS, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Report of the Magistrate Judge regarding Plaintiff's Civil Rights Complaint pursuant to 42 U.S.C. §1983 [D.E. 8].

**THIS MATTER** was initiated when pro se Plaintiff Phillip G. Bagley filed a complaint pursuant to 42 U.S.C. §1983, while confined in Everglades Correctional Institution [D.E. 1]. The matter was assigned to the Honorable United States Magistrate Judge Patrick A. White pursuant to the Clerk's Notice [D.E. 3]. The Magistrate Judge conducted an initial screening of the Plaintiff's Complaint pursuant to 28 U.S.C. § 1915. Subsequently, the Magistrate Judge issued a Report recommending that the matter be dismissed in part for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) [D.E. 8]. Specifically, the Magistrate Judge recommends the following: 1) that Plaintiff's claims against Murphy and Balmir continue for

inadequate medical treatment by failing to provide him with medication for his chronic pain; 2) that Plaintiff's claim of retaliation against Murphy be dismissed for failure to state a claim pursuant to 28 U.S.C. §1915(e)(2)(B)(ii); 3) that Plaintiff's claims against Librarian Yolanda Lopez for denial of access to the Courts be dismissed for failure to state a claim; and (4) that Plaintiff's claims against Warden Willis be dismissed for failure to state a claim.

In response to the Magistrate Judge's report, the Plaintiff filed a Motion for Leave to Amend his complaint [D.E. 23]. In his motion for leave to amend, Plaintiff seeks to voluntarily dismiss, without prejudice, his claims against Defendants Willis, Lopez and the retaliation claim against Murphy. Additionally, in light of the voluntary dismissal of certain claims, Plaintiff requests leave to file an amended complaint.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. The Court concludes that the Plaintiff's Objections are without merit. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 8] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the Plaintiff's claims against Murphy and Balmir shall continue for inadequate medical treatment

2

by failing to provide him with medication for his chronic pain. It is further

**ORDERED AND ADJUDGED** that Plaintiff's claim of retaliation against Murphy is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §1915(e)(2)(B)(ii). It is further

**ORDERED AND ADJUDGED** that Plaintiff's claims against Librarian Yolanda Lopez for denial of access to the Courts is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §1915(e)(2)(B)(ii). It is further

**ORDERED AND ADJUDGED** that Plaintiff's claims against Warden Willis is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §1915(e)(2)(B)(ii). It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave to Amend [D.E. 23] is **GRANTED**. Plaintiff is directed to file his Amended Complaint on or before December 3, 2010.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of November, 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Patrick A. White
     Phillip G. Bagley, Pro Se

3